# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No. CR06-206- RSM |
| v. ) | |
| ) | **PROPOSED FINDINGS OF FACT AND** |
| SPENCER WYDELL WOODS, ) | **DETERMINATION AS TO ALLEGED** |
| ) | **VIOLATIONS OF SUPERVISED** |
| Defendant. ) | **RELEASE** |
| ) | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on August 22, 2008. The defendant appeared pursuant to a summons. The United States was represented by Sarah Vogel, and defendant was represented by Jeff Coopersmith. Also present was U.S. Probation Officer Brian Facklam. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on October 27, 2006, for conspiracy to distribute cocaine and heroin. He received 20 months of imprisonment and three years of supervised release.

## PRESENTLY ALLEGED VIOLATION AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated April 9, 2008, Supervising U.S. Probation Officer Brian Facklam alleged that defendant violated the following condition of supervised release:

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

1. Committing the crimes of assault, second degree-domestic violence related (felony), unlawful imprisonment, and harassment in violation of the general condition that defendant commit no other Federal, State, or local crimes.

In a petition dated August 13, 2008, Supervising U.S. Probation Officer Brian Facklam alleged that defendant violated the following condition of supervised release:

2. Failing to abstain from the use of alcohol by using the substance in the month of February 2008, in violation of the special condition requiring defendant to abstain from the use of alcohol.

Defendant admitted violation 2, waived any hearing as to whether it occurred, and was informed that the matter would be set for a disposition hearing before District Judge Ricardo S. Martinez. The government has withdrawn violation 1.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing. No request for detention was made and defendant remains in the community subject to all previously ordered conditions of supervision.

DATED this 21st day of August, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2