# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR06-206-RSM |
| Plaintiff, ) | |
| v. ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| SPENCER WYDELL WOODS, ) | |
| Defendant. ) | |

An initial hearing on a supplemental violation of supervised release was held before the undersigned Magistrate Judge on June 11, 2009. The United States was represented by Assistant United States Attorney Sarah Vogel, and the defendant by Rogelio Omar Riojas. The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine and Heroin, in violation of 21 U.S.C. § 841(b)(1)(C). On or about October 27, 2006, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of 20 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health programs, alcohol abstinence, prohibition from entering drinking establishment, search, no contact with victim, mental health which may include MRT, and 180 days EM.

In a Supplemental Violation Report dated June 3, 2009, U.S. Probation Officer Brian K. Facklam asserted the following violation by defendant of the conditions of his supervised release:

    (2)    Drinking alcohol on or about May 27, 2009, in violation of the special condition of supervision ordering that he abstain from the use of the substance.

The defendant was advised of the allegation and advised of his rights. Defendant admitted to violation No. 2..

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has not yet been set before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been detained.

DATED this 12th day of June, 2009.

                            */s/ James P. Donohue*
                            JAMES P. DONOHUE
                            United States Magistrate Judge

cc:    District Judge:           Honorable Ricardo S. Martinez
      AUSA:                   Ms. Sarah Vogel
      Defendant's attorney:    Mr. Rogelio Omar Riojas
      Probation officer:       Mr. Brian K. Facklam